ENTERED ON DOCKET
8/31/99
PURSUANT TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

BENNY BAEZ, ET AL.,

    Plaintiffs

v.      Civ. No. 98-1351(PG)

Puerto Rico ELECTRIC POWER
AUTHORITY, ET AL.,

    Defendants

RECEIVED & FILED
1999 AUG 31 PM 6:...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**JUDGMENT**

The Court has entered an Opinion and Order dismissing the case at bar with prejudice on the merits and in its entirety on the grounds of want of prosecution pursuant to Fed. R. Civ. P. 41, in favor of all remaining co-defendants, Miguel A. Cordero, Héctor Bezares-Hernández, Jorge Ocasio-Negrón and Ramón Soto-Cruz, individually. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the complaint is **DISMISSED with prejudice** on the merits and in its entirety in favor of the remaining co-defendants, Miguel A. Cordero, Héctor Bezares-Hernández, Jorge Ocasio-Negrón and Ramón Soto-Cruz, individually, on the grounds of want of prosecution pursuant to Rule 41 of the Federal Rules of Civil Procedure.

San Juan, Puerto Rico, August 30, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

s/c: OB