UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 17 PM 2:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BENNY BAEZ, ET AL.,

    Plaintiff(s)

    v.                    Civ. No. 98-1351(PG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #17) - Motion for Reconsideration | Granted. The dismissal entered on August 30, 1999 shall be <u>without</u> prejudice. |

**Date:** September _16_, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(3)